# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James Paul Otterson,<br><br>    Plaintiff,<br><br>v.<br><br>Uber Eats, Inc. and GrubHub, Inc.,<br><br>    Defendants. | Case No. 2:22-cv-00054-JAD-DJA<br><br>**Order** |

Plaintiff submitted an application to proceed *in forma pauperis* (ECF No. 1) and a complaint (ECF No. 1-2) on January 11, 2022. Plaintiff is proceeding *pro se*. Plaintiff then paid the filing fee on January 12, 2022 and filed an amended complaint, rendering the application to proceed *in forma pauperis* moot.

**IT IS THEREFORE ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **denied as moot**. Under Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has 120 days—**until Thursday, May 12, 2022**—to serve Defendants.

**IT IS FURTHER ORDERED** that Plaintiff shall serve upon Defendants, or if appearance has been entered by counsel, upon the attorney(s), a copy of every pleading, motion, or other document submitted for consideration by the Court. Plaintiff shall include with the original paper submitted for filing a certificate stating the date that a true and correct copy of the document was mailed to the Defendants or counsel for the Defendants. The Court may disregard any paper received by a District Judge or a Magistrate Judge which has not been filed with the Clerk, and any paper received by a District Judge, Magistrate Judge or the Clerk which fails to include a certificate of service.

DATED: January 20, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE