UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

James Paul Otterson,

        Plaintiff

v.

Uber Eats, et al.,

        Defendants

Case No.: 2:22-cv-00054-JAD-DJA

**Order Denying Motions**

ECF Nos. 12, 13

      On April 11, 2022, Plaintiff James Paul Otterson filed motions entitled "Motion to Reconsider" and "Motion to Change Venue." In both motions, he asks the court to "move the trial, as well as all trial-related deadlines and non-trial-related deadlines to the following date: 04/08/22."[1] The court denies this request because no trial or trial-related deadlines have yet been set in this case, so there are no such deadlines to move.

      The court also notes that the caption on both of these motions reflects that the defendants are "Intermountain HealthCare and Dr. Edward Clark."[2] But Intermountain and Clark are not parties to this case; this case is against Uber Eats, Inc. and GrubHub Inc.

      **IT IS THEREFORE ORDERED** that the motions to reconsider and change venue **[ECF Nos. 12, 13] are DENIED**.

Dated: April 11, 2022

                                            _____
                                            U.S. District Judge Jennifer A. Dorsey

---

[1] ECF Nos. 12, 13.

[2] *Id.*