# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| James Paul Otterson,<br><br>                    Plaintiff,<br><br>     v.<br><br>Uber Eats, Inc., et al.,<br><br>                    Defendants. | Case No. 2:22-cv-00054-JAD-DJA<br><br>**Order** |

Before the Court are Plaintiff James Paul Otterson's motion to respond (ECF No. 17), motion to identify attorneys (ECF No. 18), and motion to identify counsel (ECF No. 19). Other than their titles, these three motions are identical. The requested relief, however, does not match up with the titles. In each motion, Plaintiff asks the Court to "move the trial, as well as the trial-related deadlines and non-trial related deadlines" to June 1, 2022. The Court interprets Plaintiff as referring to those deadlines which would typically be set by a discovery plan and scheduling order under Local Rule 26-1. However, there is no discovery plan and scheduling order in this case. No defendants or other parties have appeared in this case. And Plaintiff does not assert to have initiated the scheduling of the Federal Rule of Civil Procedure 26(f) conference which would trigger case-related deadlines under Local Rule 26-1.

**IT IS THEREFORE ORDERED** that Plaintiff's motions (ECF Nos. 17, 18, and 19) are **denied without prejudice**.

DATED: May 10, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE